IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD NIXON, et al. | : | CIVIL ACTION |
| v. | : | |
| AMERICAN GENERAL LIFE INS. | : | NO. 02-4201 |

## O R D E R

AND NOW, this    day of August, 2002, it is hereby **ORDERED** that a settlement conference is scheduled before the undersigned on Friday, August 9, 2002 at 10:00 a.m. in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, PA  19106.

IT IS **FURTHER ORDERED** that trial counsel, clients and any other person necessary to negotiate and agree to a settlement shall appear in person at said conference.

ATTEST:              or           BY THE COURT:

_____       _____
BY: Juanita M. Davis              DIANE M. WELSH
    Deputy Clerk                  UNITED STATES MAGISTRATE JUDGE

Copy faxed on 8/1/02  to:
Robert E.J. Curran, Esq.
Stephen C. Baker, Esq.