IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD NIXON, et al.         :     CIVIL ACTION
                              :
        v.                    :
                              :
AMERICAN GENERAL LIFE INS. CO. :    NO. 02-4201

O R D E R

AND NOW, this      day of August, 2002, it is hereby **ORDERED** that a settlement conference is scheduled before the undersigned on Wednesday, October 2, 2002 at 10:00 a.m. in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

IT IS **FURTHER ORDERED** that trial counsel, clients and any other person necessary to negotiate and agree to a settlement shall appear in person at said conference.

ATTEST:              or           BY THE COURT:


BY: Juanita M. Davis              DIANE M. WELSH
    Deputy Clerk                  UNITED STATES MAGISTRATE JUDGE

Copy faxed on 8/28/02 to:
Robert E.J. Curran, Esq.
Stephen C. Baker, Esq.