IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT CAMM, et al.           :   CIVIL ACTION
                              :
           v.                 :
                              :
AMERICAN GENERAL LIFE INS. CO.:   NO. 02-4201

O R D E R

AND NOW, this    day of February, 2003, it is **HEREBY ORDERED** that Plaintiff's Motion to Enforce Settlement Agreement is **DISMISSED AS MOOT**.

BY THE COURT:

_____
DIANE M. WELSH
U.S. MAGISTRATE JUDGE

copy faxed 2/5/03 to
Robert E.J. Curran, Esq.
Brian J. Seleyo, Esq.
Stephen C. Baker, Esq.